| Docket Name | Docket No. | Assigned Judge | Counsel | Plaintiff's Position |
|---|---|---|---|---|
| Carobine v. City of Phila. et al. | 11-4471 | Wendy Beetlestone | Plaintiff: Michael Schwartz, Jonathan J. James<br>Defendants: Matthew Kevin Hubbard, Adam Zurbriggen, Jeffrey M. Scott | Plaintiff agrees to the limited consolidation. |
| Tien v. City of Phila. et al. | 13-0705 | Timothy J. Savage | Plaintiff: L. Kenneth Chotiner, Steven Schatz<br>Defendants: Kathryn Faris, Jeffrey M. Scott | Plaintiff objects to the consolidation. |
| Sarson v. City of Phila. et al. | 13-4357 | Gerald A. McHugh | Plaintiff: unrepresented<br>Defendants: Kathryn Faris, John P. Gonzales, Joseph J. Santarone, Jr., Nicholas A. Cummins | Plaintiff's counsel is no longer practicing and Plaintiff has not yet responded to outreach by the Court regarding his intent to proceed. Outreach was not attempted because Plaintiff's current address is unknown. |
| Gilliam v. City of Phila. et al. | 13-5128 | Gerald A. McHugh | Plaintiff: Michael Schwartz, Jonathan J. James<br>Defendants: Kathryn Faris, Jeffrey M. Scott, John P. Gonzales, Joseph J. Santarone, Jr., Nicholas A. Cummins | Plaintiff agrees to the limited consolidation. |
| Jefferson v. City of Phila. et al. | 14-2238 | Paul S. Diamond | Plaintiff: Margaret Boyce Furey<br>Defendants: Kathryn Faris; Jeffrey Walker, *pro se.* | Plaintiff objects to consolidation. |
| Mills v. City of Phila. et al. | 14-593 | Chad F. Kenney | Plaintiff: Margaret Boyce Furey<br>Defendants: Kathryn Faris; Anne Taylor; Jeffrey Walker, *pro se* | Plaintiff objects to consolidation. |
| Murray v. City of Phila. et al. | 14-5934 | Nitz I. Quinones Alejandro | Plaintiff: Margaret Boyce Furey<br>Defendants: Kathryn Faris; Jeffrey Walker, *pro se* | Plaintiff objects to consolidation. |
| DelVila, et al. v. Liciardello, et al. | 15-2521 | Nitz I. Quinones Alejandro | Plaintiffs: David Wesley Cornish<br>Defendants: John P. Gonzales, Joseph J. Santarone, Jr.; Kathryn Faris; Nicholas Cummins | Plaintiffs' counsel has no objection to the limited stay for discovery purposes only. |

| Case | Number | Judge | Parties | Status |
|---|---|---|---|---|
| Colon v. Philadelphia Police Dept., et al. | 15-3669 | John M. Younge | Plaintiff: Pro se<br>Defendants: Anne Taylor; John P. Gonzales; Joseph J. Santarone, Jr.; Nicholas Cummins | Plaintiff has not responded to outreach regarding consolidation. |
| Warlow v. City of Phila., et al. | 15-4222 | Paul S. Diamond | Plaintiff: Margaret Boyce Furey<br>Defendants: Adam Zurbriggen, Jeffrey Walker, *pro se* | Plaintiff objects to consolidation. |
| Summers v. City of Phila., et al. | 15-4224 | John F. Murphy | Plaintiff: Margaret Boyce Furey<br>Defendants: Adam Zurbriggen, Jeffrey Walker, *pro se* | Plaintiff objects to consolidation. |
| Cascioli v. City of Phila., et al | 15-5957 | John M. Younge | Plaintiffs: Evan S. Shingles<br>Defendant: Anne Taylor | Plaintiffs' counsel has no objection to the limited stay for discovery purposes only. |
| Hill v. Reynolds, et al. | 15-6060 | Joel H. Slomsky | Plaintiff: David Cornish<br>Defendants: Adam Zurbriggen; Nicholas Cummins; Joseph J. Santarone, Jr; John P. Gonzalez | Plaintiffs' counsel has no objection to the limited stay for discovery purposes only. |
| Autry v. City of Phila., et al. | 15-6565 | John F. Murphy | Plaintiff: Michael T. Vanderveen<br>Defendants: Adam Zurbriggen | Plaintiff has not responded to outreach regarding consolidation. |
| Brame v. Reynolds, et al. | 16-1031 | Nitza I. Quinones Alejandro | Plaintiff: David Cornish<br>Defendants: Kathryn Faris; Nicholas Cummins; Joseph J. Santarone, Jr; John P. Gonzalez; Jeffrey Walker, *pro se* | Plaintiffs' counsel has no objection to the limited stay for discovery purposes only. |
| Graves v. City of Phila., et al. | 16-5133 | Nitza I. Quinones Alejandro | Plaintiff: Michael Pileggi<br>Defendants: Anne Taylor; Kathryn Faris; John P. Gonzales; Joseph J. Santarone, Jr. | Plaintiff takes no position on the request for consolidation. |
| Phillips v. City of Phila., et al. | 16-609 | Michael M Baylson | Plaintiff: Margaret Boyce Furey<br>Defendants: Anne Taylor; Joseph J. Santarone, Jr; Nicholas Cummins; Jeffrey Walker, *pro se* | Plaintiff objects to consolidation. |
| Lomax v. Speiser, et al. | 16-6367 | Joel H. Slomsky | Plaintiff: Pro se,<br>Defendants: John P. Gonzalez, Joseph J. Santarone, Jr. | Plaintiff's address on the docket is not accurate and he cannot be found via the online inmate locator functions. |

| Case | Number | Judge | Parties | Response |
|---|---|---|---|---|
| Novalez v. Reynolds | 17-1128 | Chad F. Kenney | Plaintiff: Pro se<br>Defendants: Not served | Plaintiff's address on the docket is not accurate and he cannot be found via the online inmate locator functions. |
| Streeper v. City of Phila., et al. | 17-787 | Michael M Baylson | Plaintiff: Michael Schwartz, Jonathan J. James<br>Defendant: Anne Taylor | Plaintiff agrees to the limited consolidation. |
| McGhee v. City of Phila., et al. | 17-832 | Michael M Baylson | Plaintiff: L. Kenneth Chotiner<br>Defendants: Anne Taylor; John P. Gonzales; Joseph J. Santarone, Jr.; Nicholas Cummins; Jeffrey Walker, pro se | Plaintiff objects to consolidation. |
| Kang v. City of Phila., et al. | 18-1418 | Timothy J. Savage | Plaintiff: unknown<br>Defendants: Kathryn Faris, Joseph P. Santarone, Jr., John P. Gonzales | Outreach was not attempted because Plaintiff's current address is unknown. |
| Miller v. City of Phila., et al. | 18-1443 | Gerald J. Pappert | Plaintiff: Frederick Charles, James J. Burke<br>Defendants: Adam Zurbriggen; Nicholas Cummins; John P. Gonzales; Joseph J. Santarone, Jr. | Plaintiff agrees to the limited consolidation. |
| McConnell v. Ctiy of Phila., et al. | 18-2557 | Gerald A. McHugh | Plaintiff: Jordan Strokovsky<br>Defendants: Kathryn Faris, Joseph P. Santarone, Jr. | Plaintiff agrees to the limited consolidation. |
| Gordon v. Liciardello, et al. | 19-3761 | Gerald J. Pappert | Plaintiff: Theodore Levy<br>Defendants: Adam Zurbriggen, Joseph J. Santarone, Jr., John P. Gonzales | Plaintiff objects to consolidation. |
| Sample v. City of Phila., et al. | 19-51 | Gerald J. Pappert | Plaintiff: L. Kenneth Chotiner<br>Defendants: Adam Zurbriggen, John P. Gonzales, Joseph J. Santarone, Jr. Nicholas A. Cummins | Plaintiff objects to consolidation. |
| Sharpe v. Spicer, et al. | 19-983 | Michael M Baylson | Plaintiffs: Alan Denenberg, Vazken Zerounian, Jason E. Parris<br>Defendants: John P. Gonzales, Joseph J. Santarone, Anne Taylor | Plaintiffs do not oppose consolidation for discovery purposes. |
| Harris v. City of Phila., et al. | 20-1350 | Timothy J. Savage | Plaintiff: L. Kenneth Chotiner | Plaintiff objects to consolidation. |

| Case | Number | Judge | Parties | Response |
|---|---|---|---|---|
| | | | Defendants: Kathryn Faris, John P. Gonzales, Joseph J. Santarone, Jr., Nicholas Cummins, Jeffrey Walker, *pro se* | |
| Brown v. Walker, et al. | 20-2681 | Paul S. Diamond | Plaintiff: James Wells  Defendants: Kathryn Faris, Jeffrey Walker, *pro se* | Plaintiff does not oppose consolidation for discovery purposes. If consolidation is granted, Plaintiff objects to the City's staging proposal and would like to be heard by the assigned Magistrate Judge. |
| Ramos v. City of Phila., et al. | 21-4255 | Harvey Bartle, III | Plaintiff: Thomas Sweeney  Defendants: Kathryn Faris, John P. Gonzales, Joseph J. Santarone, Jr. | Plaintiff agrees to the limited consolidation. |
| Percha v. Spicer, et al. | 21-5011 | Joseph F. Lesson | Plaintiff: pro se  Defendant: Kathryn Faris | Plaintiff has not responded to outreach regarding consolidation. |
| McCrorey v. City of Phila, et al. | 22-2360 | Harvey Bartle, III | Plaintiff: Jonathan J. James  Defendant: Kathryn Faris, Nicholas Cummins, John P. Gonzales, Joseph J. Santarone, Jr. | Plaintiff agrees to the limited consolidation. |
| Cobb v. City of Phila, et al. | 22-74 | Juan R. Sanchez | Plaintiff: Andre Dover, Arsen Kashkashian, Jr.  Defendant: Kathryn Faris, Adam Zurbriggen | Plaintiff agrees to the limited consolidation. |
| Dillard v. City of Phila, et al. | 22-941 | Chad F. Kenney | Plaintiff: Pro Se  Defendants: Kathryn Faris | Plaintiff has not responded to outreach regarding consolidation. |