

# Gay Chacker & Ginsburg
## ATTORNEYS AT LAW

EDWARD F. CHACKER*
BRIAN S. CHACKER**
BRUCE M. GINSBURG **
JAMES A. WELLS **
MAUREEN A. CHACKER**
BRENDAN F. MULLIGAN *

1731 Spring Garden Street
Philadelphia, PA. 19130-3915
(215) 567-7955, FAX (215) 567-6809

\* Member PA Bar Only
\*\* Member PA & NJ. Bars

June 7, 2023

Honorable Paul S. Diamond
14614 U.S. Courthouse
601 Market Street
Courtroom 14-A
Philadelphia PA 19106

Re:   **Joshua Brown vs. City of Philadelphia, et al**
      <u>EDPA Civil Action No. 20-cv-2681</u>

Dear Judge Diamond:

Please be advised that this case has settled and should be removed from your list. Thank you.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully yours,

James A. Wells

JAW/
cc: Bailey E. Axe, Esquire (Via ECF)

www.GAYANDCHACKER.com
james@gayandchacker.com